# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE GERBER,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST UNUM LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. CV 20-9145-DMG (PDx)<br><br>**ORDER APPROVING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [24]** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants with prejudice. All dates and deadlines set in this matter have been vacated. Each party shall bear her or its own attorneys' fees and costs in this matter.

DATED: June 8, 2021

                                                         DOLLY M. GEE<br>                                                         UNITED STATES DISTRICT JUDGE